**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MYRON PHILLIPS,** | ) | **CASE NO.  1:06 CV 1814** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **JULIUS WILSON, WARDEN,** | ) | **Magistrate Judge James S. Gallas** |
| | ) | |
| Respondent. | ) | **ORDER** |

As set forth in the attached Memorandum Opinion,  the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge Gallas (Document #10) in its entirety.  Respondent's Motion to Dismiss the Petition (Docket #8) is hereby GRANTED and Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2254 is hereby DISMISSED as it is untimely.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

    s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: September 25, 2007